IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00004-WYD-PAC

JAVIER STONE,

    Plaintiff(s),

v.

CITY OF WHEAT RIDGE COLORADO,
WHEAT RIDGE POLICE OFFICERS PAUGH,
HESTER, and
JOSEFIK, and
DUANE FRIEDLAN,
JAMI BOYAT, and
LARRY MOORHOUSE,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** Defendant Larry Moorehouse's Unopposed Motion to Amend Answer (Doc. #60), filed April 5, 2007, is **GRANTED**.

    Defendant Moorehouse may file an Amended Answer to include additional affirmative defenses **on or before April 9, 2007**.

Dated:  April 9, 2007