IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00004-WYD-PAC

JAVIER STONE,

    Plaintiff(s),

v.

CITY OF WHEAT RIDGE COLORADO,
WHEAT RIDGE POLICE OFFICERS PAUGH,
HESTER, and
JOSEFIK, and
DUANE FRIEDLAN,
JAMI BOYAT, and
LARRY MOORHOUSE,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Defendant Moorehouse's Motion for Extension of Time to Respond to Plaintiff's Written Discovery Requests [Doc. #72; filed June 11, 2007] is **GRANTED**.

    Defendant Moorehouse's responses to plaintiff's written discovery requests are due **on or before July 5, 2007.**

Dated: June 13, 2007