IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00004-WYD-KLM

JAVIER STONE,

    Plaintiff(s),

v.

CITY OF WHEAT RIDGE COLORADO,
WHEAT RIDGE POLICE OFFICERS PAUGH,
HESTER, and
JOSEFIK, and
DUANE FRIEDLAN,
JAMI BOYAT, and
LARRY MOORHOUSE,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    Pending before the Court is the parties' Stipulation to Amend Scheduling Order to Vacate Settlement Conference and to Extend Expert Disclosure Deadlines (Docket No. **92,** Filed August 13, 2007) ("the motion").

    IT IS HEREBY   **ORDERED** that the motion is **GRANTED.**

    IT IS FURTHER **ORDERED** that the settlement conference set August 20, 2007 at 1:30 p.m.  is **vacated** and **reset** to **OCTOBER 19,  2007 at 1:30 p.m.** in Courtroom A-501, Fifth floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    Counsel <u>shall have parties present</u> who shall have <u>full authority</u> to negotiate all terms and demands presented by the case, and <u>full authority</u> to enter into a settlement agreement, including an adjustor if an insurance company is involved.  "Full authority" means that the person who attends the settlement conference has the complete and

unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in of the case without consulting with some other person, committee, or agency.

No party shall be permitted to participate in the settlement conference by telephone, unless that party has obtained leave of court following the filing of an appropriate motion no later than five (5) business days prior to the settlement conference date.

No person is ever required to settle a case on any particular terms or amounts. However, it any person attends the settlement conference without full authority, and the case fails to settle, that party may be ordered to pay the attorneys' fees and costs for any opposing party.

It is further ORDERED that all parties shall submit their respective confidential settlement statements no later than **five (5)** business days prior to the settlement conference date. Each statement should contain the following:
1. A candid assessment of the case from the presenter's point of view;
2. A summary of the evidence which supports the party's claims and/or defenses.
3. Comments about any perceived weaknesses in the case;
4. Present a demand or offer each party will accept or pay in settlement (including any essential non-economic terms); and
5. Any observations or additional information which would be helpful to the magistrate judge in assisting the parties to negotiate a settlement.

Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. All additional settlement materials (*i.e.* depositions transcripts, exhibits) are to be submitted to the court as hard copies. Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Magistrate Judge Mix Orders". Parties not participating in ECF shall submit all materials as hard copies.

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

IT IS FURTHER **ORDERED** that the scheduling order is amended and the following stipulated dates are adopted by the Court:

Expert witness disclosure deadline is extended to **October 05, 2007**

Rebuttal reports shall be filed by **November 05, 2007**

All expert discovery shall be completed no later than **November 23, 2007**

Dated:  August 14, 2007 in Denver, Colorado