IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00004-WYD-KLM

JAVIER STONE,

     Plaintiff(s),

v.

CITY OF WHEAT RIDGE COLORADO,
WHEAT RIDGE POLICE OFFICERS PAUGH,
HESTER, and
JOSEFIK, and
DUANE FRIEDLAN,
JAMI BOYAT, and
LARRY MOORHOUSE,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter comes before the Court on the **Plaintiff's Unopposed Motion for Leave to File Amended Complaint** [Docket No. 108; filed September 18, 2007] (the "Motion").

     IT IS HEREBY **ORDERED** that this Motion is **GRANTED**.  Plaintiff's Amended Complaint is deemed filed as of the date of this Order.

     IT IS FURTHER **ORDERED** that the Answers filed by Defendant Moorhouse on March 5, 2007, Defendant Wheat Ridge and Officers on March 7, 2007, Defendant Friedlan on March 9, 2007, and Defendant Boyat on March 16, 2007 to Plaintiff's original Complaint shall serve as the Answers to Plaintiff's Amended Complaint.

     Dated:  September 25, 2007