IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00004-WYD-KLM

JAVIER STONE,

    Plaintiff(s),

v.

CITY OF WHEAT RIDGE COLORADO,
WHEAT RIDGE POLICE OFFICERS PAUGH,
HESTER, and
JOSEFIK, and
DUANE FRIEDLAN,
JAMI BOYAT, and
LARRY MOORHOUSE,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Parties' **Stipulation to Reschedule Settlement Conference Set for October 22, 2007** [Docket No. 106; filed September 10, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED.** The settlement conference set for October 22, 2007 at 1:30 p.m. is **VACATED,** and **RESET** to **November 9, 2007 at 1:30 p.m.**, Courtroom **A-501,** Fifth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **November 2, 2007.** Parties not participating in ECF shall submit their confidential settlement statement on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Alfred A. Arraj U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders".

Anyone seeking entry into the Alfred A. Arraj United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2B.


Dated:  September 25, 2007