IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00004-WYD-KLM

JAVIER STONE,

    Plaintiff(s),

v.

CITY OF WHEAT RIDGE COLORADO,
WHEAT RIDGE POLICE OFFICERS PAUGH,
HESTER, and
JOSEFIK, and
DUANE FRIEDLAN,
JAMI BOYAT, and
LARRY MOORHOUSE,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Parties' **Stipulated Motion to Amend Scheduling Order** [Docket No. 110; Filed September 21, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order will be amended as follows:

    1. The deadline for expert disclosures will be extended from October 5, 2007 to **December 5, 2007.**

    2. The deadline for rebuttal expert disclosures will be extended from November 5, 2007 to **January 7, 2008.**

    3. The deadline for discovery will be extended from October 23, 2007 to **January 23, 2008**.

       4.  The deadline to serve written discovery will be extended from August 23, 2007 to **November 23, 2007.**

       5.  The deadline to complete expert discovery will be extended from November 23, 2007 to **January 23, 2008.**

       6.  The deadline for dispositive motions will be extended from November 30, 2008 to **January 30, 2008**.

       Dated:  September 25, 2007