IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00004-WYD-KLM

JAVIER STONE,

    Plaintiff(s),

v.

CITY OF WHEAT RIDGE COLORADO,
WHEAT RIDGE POLICE OFFICERS PAUGH,
HESTER, and
JOSEFIK, and
DUANE FRIEDLAN,
JAMI BOYAT, and
LARRY MOORHOUSE,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Parties' **Third Stipulated Motion to Amend Scheduling Order** [Docket No. 131; filed November 28, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly, the Scheduling Order is amended as follows:

    The deadline for expert disclosures is extended to **January 30, 2008**.

    The deadline for rebuttal expert disclosures is extended to **March 3, 2008**.

    The discovery cut-off is extended to **March 19, 2008**.

    The dispositive motion deadline is extended to **March 26, 2008**.

Dated: November 29, 2007