IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00004-WYD-KLM

JAVIER STONE,

    Plaintiff,

v.

CITY OF WHEAT RIDGE COLORADO;
WHEAT RIDGE POLICE OFFICERS PAUGH,
HESTER, and
JOSEFIK; and
DUANE FRIEDLAN,
JAMI BOYAT, and
LARRY MOORHOUSE,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AS TO LARRY MOORHOUSE

The Court having reviewed the Stipulation for Dismissal with Prejudice as to Larry Moorhouse Only, filed February 13, 2008 (docket # 171), and being fully advised in the premises,

HEREBY ORDERS that the above-captioned action be **DISMISSED WITH PREJUDICE as to Defendant Larry Moorhouse only**, each party to pay their own costs and attorneys' fees.

Dated: February 22, 2008

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        U. S. District Judge