IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00004-WYD-KLM

JAVIER STONE,

    Plaintiff(s),

v.

CITY OF WHEAT RIDGE COLORADO,
WHEAT RIDGE POLICE OFFICERS PAUGH,
HESTER, and
JOSEFIK, and
DUANE FRIEDLAN,
JAMI BOYAT, and
LARRY MOORHOUSE,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Wheat Ridge Defendants' Unopposed Motion to Vacate Final Pretrial Conference** [Docket No. 173; filed March 17, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Final Pretrial Conference currently set for March 26, 2008 is **VACATED** and **RESET** for **June 10, 2008 at 10:00 a.m.** in Courtroom A 501, 5th floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the Parties are to submit their proposed Final Pretrial Order on or before **June 3, 2008**.

    Dated: March 18, 2008