IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00004-WYD-KLM

JAVIER STONE,

    Plaintiff,

v.

CITY OF WHEAT RIDGE COLORADO;
WHEAT RIDGE POLICE OFFICERS PAUGH,
HESTER, and
JOSEFIK; and
DUANE FRIEDLAN,
JAMI BOYAT, and
LARRY MOORHOUSE,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DUANE FRIEDLAN ONLY

    The Court having reviewed the Stipulation for Dismissal with Prejudice, and being fully advised in the premises, it is hereby

    ORDERED that the above-captioned action be **DISMISSED WITH PREJUDICE** as to Defendant Duane Friedlan only, each party to pay their own costs and attorneys' fees.

    Dated this 24th day of March, 2008.

                                 BY THE COURT:


                                 s/ Wiley Y. Daniel
                                 WILEY Y. DANIEL,
                                 United States District Judge