IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00004-WYD-KLM

JAVIER STONE,

    Plaintiff,

v.

CITY OF WHEAT RIDGE COLORADO;
WHEAT RIDGE POLICE OFFICERS PAUGH,
HESTER, and
JOSEFIK; and
DUANE FRIEDLAN,
JAMI BOYAT, and
LARRY MOORHOUSE,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE AS TO OFFICERS PAUGH AND HESTER ONLY

---

The Court having reviewed the Stipulation for Dismissal with Prejudice, and being fully advised in the premises, it is hereby

ORDERED that the above-captioned action be **DISMISSED WITH PREJUDICE** as to Defendant Officers Paugh and Hester only, each party to pay their own costs and attorneys' fees.

Dated this 20th day of May, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
United States District Judge