IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00004-WYD-KLM

JAVIER STONE,

    Plaintiff,

v.

CITY OF WHEAT RIDGE COLORADO;
WHEAT RIDGE POLICE OFFICERS PAUGH,
HESTER, and
JOSEFIK; and
DUANE FRIEDLAN,
JAMI BOYAT, and
LARRY MOORHOUSE,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Leave to Supplement Responses to Defendants' Motions for Summary Judgment or, Alternatively, Motion for Leave to File Sur-replies to Defendants' Motions for Summary Judgment is GRANTED. Plaintiff may present sworn testimony from Mr. Pena-Hernandez as a supplement to his Motion for Summary Judgment Responses.

    Dated: August 8, 2008