IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00004-WYD-KLM

JAVIER STONE,

    Plaintiff,

v.

CITY OF WHEAT RIDGE COLORADO;
WHEAT RIDGE POLICE OFFICERS PAUGH,
HESTER, and
JOSEFIK; and
DUANE FRIEDLAN,
JAMI BOYAT, and
LARRY MOORHOUSE,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AS TO JAMI BOYAT

The Court having reviewed the Stipulated Motion for Dismissal with Prejudice, and being fully advised in the premises, it is hereby

ORDERED that the above-captioned action be **DISMISSED WITH PREJUDICE** as to Defendant Jami Boyat only, each party to pay their own costs and attorneys' fees.

DATED this 8th day of August, 2008.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                UNITED STATES DISTRICT JUDGE