IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00004-WYD-KLM

STONE INTERNATIONAL MARKET, INC.,

    Plaintiff,

v.

CITY OF WHEAT RIDGE COLORADO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Pursuant to the Joint Status Report [doc. 286], filed September 21, 2009, Plaintiff's Motion *In Limine* Regarding Defendants' Expert Ronald C. Sloan [doc. #217] filed September 2, 2008, is **WITHDRAWN**, and Defendants' Motion to Strike Certain Testimony of Sharon Sheppard [doc. #219], filed September 2, 2008, is **WITHDRAWN**.

    Dated: September 22, 2009.