**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

---

Courtroom Deputy: Robert R. Keech
E.C.R./Reporter: Therese Lindblom
Date: November 9, 2009

---

Civil Action No: **07-cv-00004-WYD-KLM**

Counsel:

**STONE INTERNATIONAL MARKET, INC.**,

Plaintiff,

Sander N. Karp
James F. Fosnaught

v.

**CITY OF WHEAT RIDGE, COLORADO**,

Defendant.

Steven J. Dawes
Sophia H. Tsai

---

## COURTROOM MINUTES

---

**TRIAL TO JURY (DAY 1)**

**8:58 a.m.** Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

**ORDERED:** Defendant's Motion for Leave for Witness Cindy Hagerman to Testify Out of Order [doc. #295], filed November 3, 2009, is **DEFERRED.**

9:00 a.m. Discussion regarding jury instructions and Plaintiff's exhibits 182, 208, and 215 which have been withdrawn.

9:03 a.m. Discussion regarding request by Plaintiff that the Court take judicial notice and order of witnesses.

**9:10 a.m.** Court in Recess

**9:24 a.m.** Court in Recess - Jury present

Court's opening remarks to prospective jurors.

9:25 a.m. Voir dire oath given.

9:35 a.m. Voir dire by Court commences.

**11:24 a.m.** Court in Recess

**11:42 a.m.** Court in Session - Jury present

11:43 a.m. Voir dire by Plaintiff (Mr. Fosnaught).

12:05 p.m. Voir dire by Defendant (Mr. Dawes).

Challenges for Cause:

N/A

Challenges by Plaintiff:

1) 100194113
2) 100162656
3) 100183566

Challenges by Defendant:

1) 100198512
2) 100180377
3) 100167428

12:29 pm Jury sworn to try:

| | | | |
|---|---|---|---|
| 1) | 100175089 | 2) | 100190207 |
| 3) | 100185496 | 4) | 100192816 |
| 5) | 100183554 | 6) | 100188540 |
| 7) | 100168741 | 8) | 100163996 |
| 9) | 100168022 | 10) | 100163028 |

12:30 pm Court reads preliminary jury instructions and gives some basic guidelines.

**12:31 pm** Court in Recess

**1:45 p.m.** Court in Session - Jury enters

1:54 p.m. Court reads further preliminary jury instructions.

2:05 p.m. Opening statement by Plaintiff (Mr. Fosnaught).

2:36 p.m. Opening statement by Defendant (Ms. Tsai).

2:48 p.m. Interpreter Marcela Salazar sworn (Spanish)

2:49 p.m. Plaintiffs' witness **Joel Pena-Hernandez** sworn.

Direct examination by Plaintiffs (Mr. Karp).
***EX ID: 232***

**3:21 p.m.** Court in Recess

**3:44 p.m.** Court in Session - Jury enters

3:46 p.m. Plaintiffs' witness **Joel Pena-Hernandez** resumes.

Direct examination by Plaintiffs continues (Mr. Karp).
***EX ID: 236***

3:56 p.m. Jury excused

Direct examination by Plaintiffs continues (Mr. Karp).

4:04 p.m. Court's examination of witness.

Objection by Defendant is SUSTAINED.

4:12 p.m. Jury enters

Direct examination by Plaintiffs continues (Mr. Karp).

4:51 p.m. Jury excused for the evening.

4:52 p.m. Discussion regarding schedule of witnesses for tomorrow.

Defendant's Motion for Leave for Witness Cindy Hagerman to Testify Out of Order [doc. #295], filed November 3, 2009, is raised for argument.

4:56 p.m. Argument by Defendant (Mr. Dawes).

4:57 p.m. Argument by Plaintiff (Mr. Karp).

**ORDERED:** Defendants' Motion for Leave for Witness Cindy Hagerman to Testify Out of Order [doc. #295], filed November 3, 2009, is **GRANTED.**

4:59 p.m. Discussion regarding order of witnesses.

5:01 p.m. Discussion and argument regarding objections by Defendant to testimony of witness Joel Pena Hernandez - **DEFERRED.**

**5:13 p.m.** Court in Recess - HEARING CONTINUED

**TOTAL TIME: 5:34**