**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   November 16, 2009 |
| E.C.R./Reporter:   Therese Lindblom | |

Civil Action No: **07-cv-00004-WYD-KLM**     Counsel:

**STONE INTERNATIONAL MARKET, INC.**,        Sander N. Karp
                                             James F. Fosnaught
          Plaintiff,

v.

**CITY OF WHEAT RIDGE, COLORADO**,           Steven J. Dawes
                                             Sophia H. Tsai
          Defendant.

**COURTROOM MINUTES**

**TRIAL TO JURY (DAY 5)**

**8:41 a.m.**    Court in Session - Jury not present

            Discussion regarding juror 100163028 requesting to be excused due to a death in the family.

            Defendant's Motion to Limit Cross-Examination [doc. #302], filed November 16, 2009, is raised for argument.

8:42 a.m.    Argument by Defendant (Ms. Tsai).

8:44 a.m.    Jury enters

8:45 a.m.    Juror 100163028 is excused.

| | |
|---|---|
| 8:46 a.m. | Defendant's witness **Chad Root** sworn. |
| | Direct examination by Defendant (Mr. Dawes).<br>***EX ID:***   ***Joint Exhibit 41, A34, A35*** |

**Exhibit/s A34 RECEIVED.**

| | |
|---|---|
| 9:01 a.m. | Cross examination by Plaintiff (Mr. ).<br>***EX ID:***   ***235, 201, 172*** |
| 9:20 a.m. | Defendant's witness **Justin Paugh** sworn. |
| | Direct examination by Defendant (Ms. Tsai).<br>***EX ID:***   ***Joint Exhibit 2*** |
| 9:27 a.m. | Cross examination by Plaintiff (Mr. Fosnaught). |
| 9:34 a.m. | Re-Direct examination by Defendant (Ms. Tsai). |
| 9:36 a.m. | Defendant's witness **Mark Steven Hester** sworn. |
| | Direct examination by Defendant (Ms. Tsai). |
| 9:40 a.m. | Cross examination by Plaintiff (Mr. Fosnaught). |
| 9:42 a.m. | Defendant's witness **Tyler Josifek** sworn. |
| | Direct examination by Defendant (Ms. Tsai).<br>***EX ID:***   ***Joint Exhibit 2*** |
| 9:55 a.m. | Cross examination by Plaintiff (Mr. Fosnaught).<br>***EX ID:***   ***Joint Exhibit 2, A64*** |
| 10:07 a.m. | Re-Direct examination by Defendant (Ms. Tsai).<br>***EX ID:***   ***2, A64*** |
| 10:11 a.m. | Defendant's witness **Ronald C. Sloan** sworn. |
| | Direct examination by Defendant (Ms. Tsai).<br>***EX ID:***   ***A70*** |

***Witness tendered and accepted as an expert.***

**10:40 a.m.**   Court in Recess

**11:04 a.m.**    Court in Session - Jury enters

11:05 a.m.    Defendant's witness **Ronald C. Sloan** resumes.

                Cross examination by Plaintiff (Mr. Karp).
                **EX ID:    A64, deposition of Justin Paugh (10/26/07) for purposes of refreshing recollection, Joint Exhibit 41**

11:38 a.m.    Defendant's witness **Tracy Wardell** sworn.

                Direct examination by Defendant (Mr. Dawes).
                *EX ID:    Joint Exhibit 8, Joint Exhibit 10*

11:45 a.m.    Cross examination by Plaintiff (Mr. Fosnaught).
                *EX ID:    Joint Exhibit 10, Joint Exhibit 8, Joint Exhibit 21, A64, A63*

11:54 a.m.    Defendant's witness **Joe Cassa** sworn.

                Direct examination by Defendant (Mr. Dawes).
                *EX ID:    A54, A50*

**Exhibit/s A54, A50 RECEIVED.**

12:12 p.m.    Cross examination by Plaintiff (Mr. Fosnaught).
                *EX ID:    A64, 201, 202*

**Exhibit/s 202 (p. 8 only) RECEIVED.**

12:25 p.m.    Re-Direct examination by Defendant (Mr. Dawes).

12:26 p.m.    Defendant's witness **Daniel Brennan** sworn.

                Direct examination by Defendant (Ms. Tsai).
                *EX ID:    164, 238, 164*

**Exhibit/s 238 RECEIVED.**

**12:49 p.m.**    Court in Recess

**12:57 p.m.** Court in Session - Jury enters

12:58 p.m. Defendant's witness **Daniel Brennan** resumes.

    Direct examination by Defendant continues (Ms. Tsai).
    ***EX ID:  36, 2***

1:18 p.m. Cross examination by Plaintiff (Mr. Fosnaught).
    ***EX ID:  2, 164, A48***

**Exhibit/s A48 RECEIVED.**

1:33 p.m. Re-Direct examination by Defendant (Ms. Tsai).
    ***EX ID:  A48***

1:33 p.m. Defendant rests

1:34 p.m. Plaintiff has no rebuttal evidence.

1:35 p.m. Jury excused

**JURY INSTRUCTION CONFERENCE**

#7  Objection by Defendant - OVERRULED.
#12  Objection by Defendant - COURT WILL MODIFY
#15  Objection by Defendant - COURT WILL REMOVE #15.
#18  Objection by Defendant - DEFERRED.

1:45 p.m. Discussion regarding time limits for closing arguments.

**ORDERED:** Closing arguments shall not exceed **thirty (30) per side.**

**1:45 p.m.** Court in Recess

**3:05 p.m.** Court in Session - Jury not present

**JURY INSTRUCTION CONFERENCE**

#18  Objection by Defendant - COURT WILL MODIFY - NO OBJECTION.

    Plaintiff's oral motion for judgment as a matter of law.

3:14 p.m. Argument by Plaintiff (Mr. Karp).

-4-

**ORDERED:**     Plaintiff's oral motion for judgment as a matter of law is **DENIED.**

Defendant's oral motion for judgment as a matter of law.

3:15 p.m.        Argument by Defendant (Ms. Tsai).

**ORDERED:**     Defendant's oral motion for judgment as a matter of law is **DENIED.**

#26              Objection by Plaintiff - COURT WILL MODIFY - NO OBJECTION.

Defendant's Special Interrogatory is REFUSED.

Verdict Form     Objection by Defendant - OVERRULED.

**ORDERED:**     Defendant's Motion to Limit Cross-Examination [doc. #302], filed November 16, 2009, is **DENIED AS MOOT.**

3:35 p.m.        Jury enters

Court reads stipulated facts, jury instructions, and verdict form.

3:51 p.m.        Bench conference regarding jury instruction 17.

3:52 p.m.        Court continues reading jury instructions and verdict form.

4:09 p.m.        No objection to jury instructions and verdict form as read by the Court.

4:11 p.m.        Closing argument by Plaintiff (Mr. Karp).

4:37 p.m.        Closing argument by Defendant (Mr. Dawes).

5:08 p.m.        Rebuttal argument by Plaintiff (Mr. Karp).

5:11 p.m.        CSO sworn

Court's remarks to jurors regarding protocol for jury deliberations.

5:13 p.m.        Jury excused for the evening and shall commence deliberations on Tuesday, November 17, 2009, at 9:00 a.m.

       Court's remarks to counsel regarding availability.

**5:14 p.m.**  Court in Recess - HEARING CONTINUED

<u>**TOTAL TIME:**</u> <u>**6:41**</u>