IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

Civil Action No.:   07-cv-00004-WYD-KLM

STONE INTERNATIONAL MARKET, INC.,

        Plaintiff,

v.

CITY OF WHEAT RIDGE, COLORADO,

        Defendant.

---

ORDER REGARDING CUSTODY
OF EXHIBITS AND DEPOSITIONS

---

It is STIPULATED that upon the conclusion of the trial, counsel for the parties shall retain

custody of their respective exhibits and depositions until such time as all need for the exhibits and

depositions has terminated and the time to appeal has expired, or all appellate proceedings have

been terminated, plus sixty days.

DATED at Denver, Colorado, this 17th day of November, 2009.

BY THE COURT:


s\ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF U. S. DISTRICT JUDGE